AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Thomas Harley,<br>*Plaintiff*<br>v.<br>Bryant Stirling, Director; Anthony Padula, Reg. Dir., P.C.I.; Larry Cartledge, Warden; Associate Warden Mauney; Stephen Claytar, A/W; C. Early, Major; Educator Bratton; Cpt. Duffy, C/O; and C/O Merck,<br>*Defendants* | )<br>)<br>) Civil Action No.   0:15-cv-00216-RBH<br>)<br>)<br>) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ____ %, plus post-judgment interest at the rate of ____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ _____ recover costs from the plaintiff *(name)* _____ .

■ other: the plaintiff, Thomas Harley, shall take nothing of the defendants, Bryant Stirling, Anthony Padula, Larry Cartledge, Associate Warden Mauney, Stephen Claytar, C. Early, Educator Bratton, Cpt. Duffy, and C/O Merck, from the complaint filed and this action is dismissed without prejudice and without issuance of service of process.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable R. Bryan Harwell, United States District Judge, presiding, having adopted the Report and Recommendation set forth by the Honorable Paige J. Gossett, United States Magistrate Judge, dismisses the complaint without prejudice.

Date:   August 24, 2015                                                *ROBIN L. BLUME, CLERK OF COURT*

                                                                                              s/G. Mills
                                                                              _____
                                                                                *Signature of Clerk or Deputy Clerk*